PER CURIAM.
Affirmed. See Kelly v. State, 389 So.2d 250 (Fla. 2d DCA 1980); Williams v. State, 395 So.2d 1236 (Fla. 4th DCA 1981); Smith v. State, 378 So.2d 117 (Fla. 4th DCA 1980); Skipper v. State, 400 So.2d 797 (Fla. 1st DCA 1981); Davenport v. State, 396 So.2d 232 (Fla. 1st DCA 1981); and Washington v. State, 392 So.2d 599 (Fla. 1st DCA 1981).
Appeal dismissed, Fla., 417 So.2d 329.
BOARDMAN, A. C. J., and GRIMES and RYDER, JJ., concur.